UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RAYMOND DELANO PITTS,

    Plaintiff,

v.

JOSEPH BARRETT, et al.,

    Defendants.

_____/

Case No. 2:17-cv-12

HON. JANET T. NEFF

## ORDER

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. On December 15, 2017, Defendant Ronald Stafford filed a motion for summary judgment (ECF No. 44). In April of this year, Plaintiff filed a Motion for leave to file an amended complaint (ECF No. 50), along with his proposed amended complaint (ECF No. 50-1) and proposed exhibits (ECF No. 50-2). The matters were referred to the Magistrate Judge, who issued a Report and Recommendation on May 9, 2018, recommending that this Court grant Plaintiff's motion and deny Defendant Stafford's motion as moot. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 55) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for leave to file an amended complaint (ECF No. 50) is GRANTED. The Clerk of Court shall accept for filing as Plaintiff's first amended complaint the proposed amended complaint (ECF No. 50-1) and proposed exhibits (ECF No. 50-

2). Everette Angeli should not be considered a Defendant and the first amended complaint should not be served on Everette Angeli.

**IT IS FURTHER ORDERED** that Defendants Jeffrey Stachowicz and Ronald Stafford are DISMISSED from this case.

**IT IS FURTHER ORDERED** that Defendant Stafford's Motion for summary judgment (ECF No. 44) is DENIED as moot.


Dated: June 14, 2018 /s/ Janet T. Neff
JANET T. NEFF
United States District Judge