UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RAYMOND DELANO PITTS,

    Plaintiff,

v.

STEVEN BUDA, et al.,

    Defendants.

_____/

Case No. 2:17-cv-12

HON. JANET T. NEFF

## ORDER

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendants Steven Buda, Steven Lehto and Andrew Mettler filed a motion for summary judgment (ECF No. 69). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on April 26, 2019, recommending that this Court grant the motion and dismiss this case with prejudice. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 75) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 69) is GRANTED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith. See *McGore v. Wrigglesworth*,

114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

    A Judgment will be entered consistent with this Order.

Dated: June 10, 2019                        /s/ Janet T. Neff
                                                            JANET T. NEFF
                                                            United States District Judge